UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-62475-CIV-SEITZ/WHITE

MORRIS JOHNSON,

        Movant,

v.

UNITED STATES OF AMERICA,

        Respondent.
_____/

### ORDER AFFIRMING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report of Magistrate Judge issued by the Honorable Patrick A. White, United States Magistrate Judge [DE-7]. Magistrate White recommends that the Court dismiss this case as duplicative of Case no. 12-61792-Civ-Seitz, attacking the same conviction at issue in this case. Having reviewed, *de novo*, Magistrate White's Report and the record, the Court fully agrees with Magistrate White's recommendation. For the reasons set forth in the Report, and noting that no objections have been filed, it is hereby

ORDERED that:

(1) Magistrate White's Report [DE-7] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order.

(2) This case is DISMISSED WITHOUT PREJUDICE as duplicative of Case no. 12-61792-Civ-Seitz.

(3) All pending motions are DENIED as MOOT.

(4) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 25 day of January, 2013.

                                  PATRICIA A. SEITZ
cc: Magistrate Judge White            UNITED STATES DISTRICT JUDGE

Morris Leon Johnson, *Pro Se*
Reg. No. 54716-004
FDC - Miami
P.O. Box 019120
Miami, FL 33101